UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOAIZA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>LANDRYS PAYROLL, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00859-MEMF(JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS CASE [ECF NO. 35]** |

/ / /

/ / /

1

On April 26, 2022, the parties filed a joint stipulation to voluntarily dismiss this case. ECF No. 35. The Court, having reviewed the stipulation and finding good cause therein, hereby GRANTS the dismissal. It is hereby ORDERED that Plaintiff's individual claims are DISMISSED in their entirety with prejudice and the claims of absent putative class members in the above-entitled action are DISMISSED without prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: April 29, 2022          _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge